# Rhode Island Laborers' District Council Agreements
# Building - Plasterers - Heavy, Highway and Tunnel
# Acceptance of Agreements and Declaration of Trust

The undersigned Employer has read and here approves the following Agreements: by and between the Rhode Island Chapter Associated General Contractors of America, Inc., dated June 1, 1996 and by and between the Contracting Plasterers' Association of Providence and Vicinity dated June 1, 1996 and by and between the Construction Industries of Rhode Island dated May 29, 1995, and the Rhode Island Laborers' District Council of the Laborers' International Union of North America acting on behalf of Construction and General Laborers' Union 15, Westerly, Local Union 271, Providence, and Local Union 673, Newport, Rhode Island, and any successor agreement between the parties and herewith accepts the same and becomes one of the parties thereto and agrees to abide by all its terms and conditions.

The life of these Agreements is to be co-extensive with the terms set out or as they shall be set out from time to time in the aforementioned collective bargaining Agreements with the above-named Associations and shall continue in effect unless the Employer gives the union notice of desired change or termination of a particular collective bargaining Agreement in keeping with the applicable notice provisions contained therein.

These Agreements shall be binding upon the Employer named herein, and its successors and assigns, and no provisions herein contained shall be nullified or affected in any manner as a result of any consolidation, sale, transfer, assignment, joint venture or any combination or other disposition of the Company.

The said Agreements provide among other conditions, contributions to the **Rhode Island Laborers' Health Fund, Rhode Island Laborers' Pension Fund, Rhode Island Laborers' Unified Trust, New England Laborers' Training Fund, Rhode Island Laborers' Legal Service Fund, Rhode Island Laborers' Annuity Fund, the New England Laborers' Labor-Management Cooperation Trust Fund, and the New England Laborers' Health and Safety Fund** and the Employer agrees to be bound by the foregoing Agreements and Declaration of Trust and hereby irrevocably designates as its representatives on the Board of Trustees, such Trustees as are named in said Agreements as Employer Trustees, together with their successors selected in the manner provided with in said Agreements, and agrees to be bound by all actions taken by said Employer Trustees pursuant to the said Agreements and Declaration of Trust.

**Rhode Island Laborers' District Council/Local Union:**

RI Laborers Dist Council

Ronald J. ... Bus Mgr.
By its Authorized Representative

Address: 410 S. Main St.

City: Prov, RI 02903

**Employer:**

A. KoRey Construction
company name

Jean E. Nassar
signature

JEAN E. NASSAR
please print or type name signed

Address: 328 North Lane

City: BRistol, RI 02809

Phone No: (401) 467-5103

Date: 5/27/98

RECEIVED MAY 1998