AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Ronald M. Coia, et al.

V.

A. Korey Construction Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06 342T

TO: (Name and address of Defendant)

A. Korey Construction Corporation
Registered Agent: Jeff H. Garabedian, Esq.
One Turks Head Place, Suite 1440
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert P. Brooks (#3721) and Jaime J. LaPorte (#6668)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Loren Baldwell

DATE 7/26/06

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 27 July, 2006 |
| NAME OF SERVER (PRINT) George R. Clark | TITLE Constable #6025 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): Served on authorized agent for service Jeff H. Carchedean, Esq.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45.00 | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 27 July, 2006 (Date)

George R Clark Cnstb #6025 (Signature of Server)

84 Weaver Rd., Johnston, RI 02919 (Address of Server)

2006 JUL 31 P 12:30

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.