Case 1:06-cv-00342-T-LDA Document 3-1 Filed 05/08/2007 Page 1 of 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, | : | |
| v. | : | C.A. No. 06-342T |
| A. KOREY CONSTRUCTION CORPORATION | : | |

**MOTION FOR ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs, Ronald M. Coia, as Trustee of the Rhode Island Laborers Health Fund, et al., hereby move that the Clerk enter the default of Defendant A. Korey Construction Corporation for failure to plead and answer the Complaint in the above-captioned matter. This Motion is supported by the memorandum filed contemporaneously herewith.

LOCAL RULE 55 CERTIFICATION

I hereby certify that notice of the within motion was given to A. Korey Construction Corporation through its registered agent for service, Jeffrey Garabedian, by both regular mail,

DEFAULT HEREBY ENTERED:
[signature]
DEPUTY CLERK
July 25, 2007

postage prepaid, and by certified mail, return receipt requested, prior to the filing of this motion. A copy of the return receipt is attached as Exhibit A.

I also certify that to the best of my knowledge, the address set forth in the certification is the last know address for the agent for service of process for A. Korey Construction Corporation.

In addition, the party against whom default is sought is not in the military service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

Dated: Providence, Rhode Island
May 8, 2007

PLAINTIFF
RONALD M. COIA, et al.
By their Attorneys,

/s/ Robert P. Brooks
ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
rbrooks@apslaw.com
jlaporte@apslaw.com