UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA<br>As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, | : | |
| v. | : | C.A. No. 06-342T |
| A. KOREY CONSTRUCTION CORPORATION | : | |

**CONSENT JUDGMENT**

In the above-captioned matter, the following Consent Judgment may enter by agreement of the parties. It is hereby Ordered, Adjudged and Decreed:

That Plaintiffs Ronald M. Coia as Trustee of the Rhode Island Laborers' Health Fund, the Rhode Island Laborers' Pension Fund, the Rhode Island Laborers' Training Trust Fund, the New England Laborers' Labor Management Cooperation/Trust Fund, the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund, the Rhode Island Laborers' Annuity Fund, the Rhode Island Laborers' Legal Services Fund, the Rhode Island Construction Industry Advancement Fund, and the Rhode Island Laborers' District Council of

the Laborers' International Union of North America, AFL-CIO (the "Rhode Island Laborers' Employee Benefit Funds") shall recover from the Defendant A. Korey Construction Corporation the sum of Fifty-Five Thousand Six Hundred Thirty-Eight ($55,638.00) Dollars. It is further agreed that the judgment amount shall be paid as follows: Seven Thousand Five Hundred ($7,500.00) Dollars on or before August 24, 2007; Seven Thousand Five Hundred ($7,500.00) Dollars on or before September 24, 2007; Seven Thousand Five Hundred ($7,500.00) Dollars on or before October 24, 2007; Seven Thousand Five Hundred ($7,500.00) Dollars on or before November 24, 2007; Seven Thousand Five Hundred ($7,500.00) Dollars on or before December 24, 2007; Seven Thousand Five Hundred ($7,500.00) Dollars on or before January 24, 2008; Seven Thousand Five Hundred ($7,500.00) Dollars on or before February 24, 2008; and Three Thousand One Hundred Thirty-Eight ($3,138.00) Dollars on or before March 24, 2008. In the event that the Defendant, A. Korey Construction Corporation fails to make any payment by the date set forth in this Consent Judgment, Plaintiffs shall have the right to execute on the full judgment amount, which shall include in addition to the judgment amount for employee benefit funds owed to the Rhode Island Laborers' Employee Benefit Funds interest on the unpaid benefit fund contributions, interest on the unpaid benefit fund contributions or liquidated damages whichever is greater, reasonable attorneys' fees and costs of this action, and such other legal or equitable relief as the Court deems appropriate, all as allowed pursuant to 29 U.S.C. § 1132(g)(2).

Dated at Providence, Rhode Island, this 28th day of August, 2007.

ENTER: ORDER:

______________________________ ______________________________

Respectfully submitted,

RONALD M. COIA, et al.
By their Attorneys,

/s/ Robert P. Brooks____________________
ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
Dated: August 28, 2007

A. KOREY CONSTRUCTION CORP.
By its Attorney,

/s/ Jeffrey H. Garabedian__________________
JEFFREY H. GARABEDIAN (#5185)
LAW OFFICE OF
JEFFREY H. GARABEDIAN
One Turks Head Place, Suite 1440
Providence, RI 02903
Tel: (401) 831-6966
Fax: (401) 831-6967
Dated: August 28, 2007

*404275_2.doc*